B-23-117

Desk of Adan Rodriguez
P.O. Box 602
Santa Rosa, Texas
Zipcode: Exempt
Cell # 956-536-4149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 11 2023

NATHAN OCHSNER
CLERK OF COURT

# Default Judgement
# Regarding Contract 00001
Rule 55(a)(b)(1)
Federal Rules of Civil Procedure

**Parties Involved in Contract 00001:**
Office of the Attorney General of Texas; and
Joshua Shamburger- Agent and signatory officer representing the Child Support Office

In binding contract with

ADAN RODRIGUEZ- a vessel; and
Adan Rodriguez- Signatory Officer for ADAN RODRIGUEZ- a vessel

I, Adan Rodriguez, in sound mind and body, declare without prejudice to the following true facts and events described in the following;

# I

## Basic Contract Information

On March 1st, 2023, I received a demand to provide "strict proof" from an agent acting on behalf of the District Attorney's office and Child Support Office via email. This request was given to me signed under the pains and penalty of perjury and signed with two forms of signatures. One signature was signed as a business/corporate vessel entity, in all capital letter name to the left side of the document; and an autograph signature by non-corporate man on the right side of the page.

I thus agreed to perform the work that they demanded of me; to provide them "strict proof" as they, with two forms of signatures, declared their demands of me to be true and under the pains and penalty of perjury.  My understanding was that by performing their requested contract legal work at cost, and providing them strict proof, I would prove definitively to the court that my motion to dismiss the case with prejudice is justified.

# II

## Contract Work Performed

The work they contracted with me to provide them material proof to satisfy their demands and show their lack of jurisdiction while showing that it is I who have full jurisdiction in the domains of Admiralty Law, Common Law, and Trust law.

In regards to case #0014347094/HGN and cause of action 2022-DCL-05643, no parent solicited their services and none sought their assistance in creating a cause of action. They ignored both parents whom informed them at every instance that their information was incorrect and caused us both injuries with their negligence. The cause of action they created was fraudulent as it was created by computer system automation for health insurance registration, and was created by the lack of disclosure to Mrs. Anna Laura Palacios.

The demands they made of me are actions of investigation that should normally be performed by their offices, in which they as public servants are entrusted to evaluate which cases must go before the court to prevent fraud or fraudulent lawsuits. They instead demanded and outsourced the responsibility of work to me, that I perform these activities for them. These activities are not only their responsibility, but are also a body of work that they are already paid by taxpayers as public servants to perform daily. I thus signed two forms of signatures, my vessel signature, and my autograph signature and proceeded to perform their demands of me at cost.

I was able to complete and serve that work to them on March 21st, 2023 and provided the parties of the Office of the Attorney General and Child Support Offices a completed material evidence packet consisting of sworn affidavits of testimony with witness signatures and notary public, a point by point rebuttal of their false claims, a notice of a private Trust, for common law custody- school documents to show evidence of my custody for more than a decade, contract law basis regarding the illegitimate and unlawful use of their evidence document, proof of publicly recorded and published upon the land repudiation of my US citizenship status, and other information to show they have no jurisdiction.

Within that evidence packet that I provided them, I also provided them their contract, now signed with two like kind signatures by my vessel, and my autograph signature and an invoice for the work I produced at cost with enough time to be within 30 days of the March 3rd hearing and the judicial orders which was no small feat from me and required immense time and work to produce to satisfy a proper "dismissed with prejudice" court finding.

### III

### Emolument Violations and Behavior by Debtor's in Default

I, who have had my full parental rights and custody of my daughter since birth, cannot permit my parental rights to be changed or infringed without cause by public servants and entities who are negligent in their duties and are only interested in performing emolument violations for profit.

Nor can I ignore the district court's involvement with their erroneous records. In the event my fiduciary officer, Ms. Anna Laura Palacios may pass away- such as her risky health condition of diabetes in which she was insulin dependent, the Child Support Office and 444th District Court records would direct unaware law enforcement officers to assign my daughter to be in custody with an adult male, Mr. Moises Garza- husband of Anna Laura Palacios, in his apartment residence address who is not a bloodline relative of my daughter. This case being fraudulent cannot be simply ignored till they find some evidence in the future to try to pursue the case against me, nor can I permit them to perform a "hit and run" financial, medical, and emotional injury on me in this year of our Lord two thousand and twenty three. No parent of Lilith Rodriguez solicited their help or involvement in our daughter's affairs. Both Parents suffered injury from their actions with this case. The fraudulent lawsuit was instigated entirely by the Child Support Office despite protests from both parents of their errors in the year 2022 and the beginning of 2023.

## IV

## Appraisal of Evidence Packet

The appraisal of the evidence packet and work was based on their violations against me and my vessel in multiple violations of United States Code which are rules by which these entities are expected and take an oath to follow; and is directly taken from an affidavit and Summary of Charges that I provided them on March 1st that I had provided them, and the court. In that affidavit provided them a photocopy of the source from "thepricer.org" for cost of child support legal services showing a range of 100 dollars an hour to 500 dollars an hour and other receipts and documents. Along with a letter request from my daughter, mother, father, and sister asking me to protect my daughter and keep custody of her. Including my own pro se defense, a total of five people, I provided at cost my defense totaling over 1,000 hours due to sleep deprivation being caused by the anxiety and other injury caused upon me by State of Texas, District Attorney's Office, and Child Support Offices' fraudulent case.

This work done by me to stop this fraud, called for a massive amount of legal work done at cost to be able to produce their demand of the evidence packet that I served them. Legal work that by any account should prove that I am entitled to ask even 500 dollars per hour for each person I am representing instead of the 100 dollars an hour for each person the contract is currently appraised at.

I have observed court, and I noticed no lawyer that was present has gone to these lengths to defend their clientele. The Petitioner parties have acquiesced on all of my affidavits and my evidence, that are now truth and fact recorded upon the court of record. The parties have dropped the case in the face of overwhelming physical evidence of my jurisdiction over me and my daughter's vessel.

Unfortunately, the Petitioners are trying to perform the legal equivalent of a traffic violation "Hit and Run" on the Respondents and Mrs. Anna Laura Palacios. They have also chosen not to uphold their contractual obligations to me expecting me to provide them the work they demanded of me, for free, despite my receipts and personal costs; and are relying on their close relationship with the Chief Presiding Judicial officer to cover up their transgressions against those they have assailed.

## V

## Timeline of Debtor's Negligence in Negotiation and Payment

1. <u>The debtors did not exercise any of their available rights within the initial 72 hours of receipt of my invoice</u>. Upon receipt of the evidence packet which included invoice and the signed contract by me, the debtors instead silently acquiesced.

2. Upon serving the parties of the Office of the Attorney General of Texas, Ken Paxton, and the district Office of the Attorney General, and Child Support Office a notice of 30 days to pay their contractual obligations, they called for a court hearing for May 11th, 2023. Thus, I placed a temporary hold on the initial due date for payment on May 9th, 2023 in hopes of settlement options to satisfy all parties. However in that May 11th, 2023 hearing nothing was discussed. The Chief Presiding Judicial Officer, whom was not a party in contract, avoided any overtures for settlement. Nothing was discussed between the actual parties in contract, the Petitioners and Respondents.

3. A new 30 day due date was arranged for their convenience on June 6th, 2023. Upon

permanently my informing them of me releasing the hold on the due date, which was served to them

on June 6th 2023 with invoices, they again had 30 days to pay which would be due by July 6th, 2023.

They again did not exercise anything within 72 hours of notice of invoice, and instead chose to

acquiesce to the served Notice, invoice, payment instructions, and contract payment due date. In

that sworn affidavit they were served in July 6th, 2023; they were informed in advance that if their

parties neglected to pay, that they would only have 15 days late payment period, and 10 day period

to cure, as per standard banking procedures for collection, in the event I was unable to serve them

courtesy notices. I didn't want any excuses for late payment being that the certified priority mail was

somehow lost or complaints about business days being an issue.

4. Sufficient time for consideration and settlement was given. For 30 days after June 6th, 2023;

in the time afforded to them for negotiation and settlement options, they instead remained silent and

neglected to try to come to a settlement to satisfy all parties.

5. My office provided them a courtesy notice of 15 days by priority certified mail on July 7th,

2023. In July 7th, 2023; I served them notice of late payment upon no economic receipt of payment.

This late payment grace period would end on July 21st, 2023. I immediately upon Saturday July 7th,

2023 at 12:28 am sent an email of their late payment status and notice of 15 day grace period. I also

sent physical copies of the notices via certified priority mail to the parties involved such as the Office

of the Attorney General, and the County Clerk's offices.

At July 17th, 2023 around 10:40 am, I only received a call from one agent of the Child Support

Office, who called to inquire to whom I was trying to send the invoice to, and that she was still

unaware to forward the invoice to. She did not provide me her contact information, nor did she want

me to receive more information by her email. She Seemed to understand, or at least not be able to

contest, that I had full jurisdiction of Admiralty Law, Common Law, and Trust law and that I was not

providing any work for their offices for free.

6. On July 22nd, 2023; I provided them a courtesy notice of their 10 day period to exercise their Right to Cure. I provided this notice the District Clerk's office, the Attorney General, and the Child Support Office via email at 12:07 am, and priority certified mail on the morning of Saturday. In this notice, I informed their parties that they are officially in Default of payment, and that they have 10 days to avoid a commercial contract breach crime against my office if payment is not received by July 31st 2023. As they are in Default and in delinquency, I can now only in sound mind and body consider them to be performing the crime of contract breach and violation against my office.

## VI

## Default Judgement

The Debtors created the contract demands of me to perform work and action for them. They themselves signed under pains and penalty of perjury. They acquiesced to the unrebutted affidavit evidence packet my office provided to them at cost under their own conditions. They have acquiesced to the contract terms and invoice that I provided them. They have neglected to negotiate and settle with my office to save themselves from any financial costs despite they signing under the pains and penalties of perjury. They caused the initial injury and have chosen to avoid their legal obligations to provide me relief, remedy, and redress.

It is clear that the signatories acting on behalf of neither the Debtors District Attorney's Office nor the Child Support Office were not acting in good faith in creation of the contract demands of me. Their intent seemed to only be to stop the court from providing me a proper just ruling. They seem to have never expected my office to meet their offer and did not expect my office provide them what they demanded of me.

My office did make overtures that there could be a financial settlement to everyone's satisfaction. However the parties refused to personally contact my office on the matter of negotiation of price, and whether a settlement could be reached. I did inform them that I would accept a full discharge of the case, that I wished to get assistance in helping me undo immense fraud, and return

of my cause of action CUSIP numbers meant to breach my Cestui Qui Vie trust, a trust which I

require federal assistance by a probate court in claiming. In being able to claim my Cestui Qui Vie

trust, and my immediate family's Cestui Qui Vie Trusts, I would have no need of monies from either

of the entities as it would have saved me immense amounts of time and future legal actions to

correct. They instead elected to both acquiesce and ignore all their obligations to me despite

demanding them under the pains and penalties of perjury and despite my clear communication with

them that I am not providing them services for free and I am not their personal indentured servant.

   The Default Judgement of the Court of Record finds against the Debtors, the Child Support

Office; and the DISTRICT ATTORNEY'S OFFICE, and their principle OFFICE OF THE ATTORNEY

GENERAL OF TEXAS who have acquiesced to all the truth, facts, contract demands, and contract

obligations made by ADAN RODRIGUEZ- vessel, and Adan Rodriguez- signatory officer of vessel

ADAN RODRIGUEZ. That both entities in debt to the creditors be ordered to pay $5,486,601.42 to

after IRS and State taxes, in full acceptable specie, and any other settlement obligations.

   The Debtors are responsible for any IRS obligations resulting from the discharge or

cancellation of any debts, as well as any taxes and obligations from earned income such as that of

state taxes. Immunity is invalid as validity would violate U.S. Constitution Article 2 § IV; 18 U.S.C. §

241 & 242 ; 42 U.S.C. § 1983, 1985, and 1986, and State Constitutions. The listed laws mandate

removal of public officials from public office. Violations of law are legally unassailable due to

precedents established by court cases. Such situations violate numerous specifically stated intents

and purposes of the Constitution.

## VII

### Prayer

   The Creditor party ADAN RODRIUEZ- vessel, and Adan Rodriguez- signatory officer of vessel

ADAN RODRIGUEZ prays for general relief, redress, and remedy requested herein and within. To the

Debtor parties any of their asserting claims to be denied.



**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Harlingen, TX 78550

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here
MAR 20 2023

Postage $2.70

Total Postage and Fees $10.20

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0003 1989 7962

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Child Support Office
1810 Hale Ave STE 6
Harlingen, TX 78550-
5247

9590 9402 5151 9122 8032 98

2. Article Number (Transfer from service label)
7022 2410 0003 1989 7962

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   3-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Perez-Reyes
District Clerk, Cameron Co.
Child Support Dept
974 E Harrison
Brownsville, TX 78520

9590 9402 7536 2098 4497 51

2. Article Number (Transfer from service label)
7022 2410 0003 1989 7979

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carlol K ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Carlor K                          3-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
1100 E
MONROE

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# CASE SUMMARY
## CASE NO. 2022-DCL-05643

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | Location: **444th District Court** |
| vs. | § | Judicial Officer: **Sanchez, David** |
| **ADAN RODRIGUEZ, ANNA LAURA PALACIOS** | § | Filed on: **11/22/2022** |
| | § | Attorney General: **0014347094** |
| | § | |

---

### CASE INFORMATION

**Statistical Closures**
03/07/2023    Final Judgment After Non-Jury Trial

Case Type: **(Title IV-D OAG Use Only) Establishment**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number          2022-DCL-05643 |
| | Court                444th District Court |
| | Date Assigned        11/22/2022 |
| | Judicial Officer     Sanchez, David |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Petitioner** | **STATE OF TEXAS** | **SALAZAR, DIANA** *Retained* 956-421-4351(W) |
| **Respondent** | **PALACIOS, ANNA LAURA** | |
| | **RODRIGUEZ, ADAN** | |
| **Attorney General** | **Attorney General of Texas** | **SALAZAR, DIANA** *Retained* 956-421-4351(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/22/2022 | Original Petition (OCA) *Original Petition in Suit Affecting the Parent-Child Relationship (AOP)* | |
| 11/22/2022 | E-filed Original Petition Document *ORIGINAL PETITION IN SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP (AOP)* | |
| 11/22/2022 | Order Setting Hearing (Judicial Officer: Rosas, Gilberto ) *Order Setting Hearing set for 03/03/2023 @ 8:00 am..* | |
| 11/22/2022 | A.G. - Citation Fee Assessed: Respondent  RODRIGUEZ, ADAN Petitioner: Petitioner  STATE OF TEXAS; Respondent  PALACIOS, ANNA LAURA *NCP CITATION - Adan Rodriguez* | |
| 11/22/2022 | A.G. - Citation Fee Assessed: Respondent  PALACIOS, ANNA LAURA Petitioner: Petitioner  STATE OF TEXAS *CP CITATION - Anna Laura Palacios* | |
| 11/22/2022 | **Citation** RODRIGUEZ, ADAN Served: 01/12/2023 | |

# CASE SUMMARY
## CASE NO. 2022-DCL-05643

| | |
|---|---|
| 11/22/2022 | **Citation**<br>PALACIOS, ANNA LAURA<br>Served: 01/12/2023 |
| 01/19/2023 | Correspondence<br>*Correspondence FROM RESP. ADAM RODRIGUEZ* |
| 01/23/2023 | Service Return<br>Party: Respondent PALACIOS, ANNA LAURA<br>*Citation Return - Served* |
| 01/23/2023 | Service Return<br>Party: Respondent RODRIGUEZ, ADAN<br>*Citation Return - Served* |
| 01/27/2023 | Clerks Journal<br>*Resp. Adan Rodriguez contacted court. He says he has the child. That the information that AG's Office has is not correct. They have all misinformation. He wants case to be dismissed or post-poned to a later date. He wrote a letter to judge but have not recieved it yet. He says he has private insurance on the child with Blue Cross/Blue Shield. He does not want anything from the mother. He says she makes so much more money than him and does not feel he should pay when he does not make as much as her and he has the child.* |
| 01/30/2023 | Correspondence<br>*Correspondence from Resp. Adan Rodriguez. with copies of Insurance information with BlueCross/BlueSheild* |
| 02/08/2023 | Correspondence<br>*Correspondence - Second Notice Answer in Response* |
| 02/10/2023 | Motion for Continuance<br>Party: Respondent RODRIGUEZ, ADAN<br>*Motion for Continuance and Notice of Hearing* |
| 02/10/2023 | E-Filed Order<br>*Notice of Hearing (O)* |
| 02/24/2023 | Motion to Dismiss<br>Party: Respondent RODRIGUEZ, ADAN<br>*Motion to Dismiss with Prejudice* |
| 02/28/2023 | Motion to Dismiss<br>Party: Respondent RODRIGUEZ, ADAN<br>*Motion to Dismiss With Prejudice* |
| 03/01/2023 | Original Answer<br>Party: Attorney General's Attorney SALAZAR, DIANA<br>*The Attorney General's Original Answer and Objection to Motion to Dismiss* |
| 03/01/2023 | Correspondence<br>*Correspondence (email) from resp. Adan Rodriguez* |
| 03/02/2023 | Affidavits<br>- *AFFIDAVIT OF TRUTH AND ASSERTORY OATH - Regarding Case and Cause of Action* |

**444TH DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 2022-DCL-05643

*2022-DCL-5643 to trustees*

| | | |
|---|---|---|
| 03/03/2023 | | Correspondence<br>*Correspondence from resp. Adan Rodriguez* |
| 03/03/2023 | | Journal Entry<br>*parties appeared in person.*<br>*c/s set at $0 p/m beg 4/1/2023*<br>*father to maintain insurance though an ind source.*<br>*retro $0*<br>*c/c waived* |
| 03/07/2023 | | Order (Judicial Officer: Rosas, Gilberto )<br>*Order in Suit Affecting the Parent-Child Relationship* |
| 03/07/2023 | | **Order in Suit Affecting the Parent-Child Relationship** (Judicial Officer: Rosas, Gilberto )<br>Comment (Order in Suit Affecting the Parent-Child Relationship) |
| 03/21/2023 | | Affidavits<br>*Affidavit of Truth and Witness Testimony* |
| 03/22/2023 | | Affidavits<br>*Affidavit of Truthand Witness Testimony of the events in the signing of document "STATE OF TEXAS ACKNOWLEDGEMENT OF PATERNITY" & Proof of Uncertainty in the Jurisdiction of this Court & "THE ATTORNEY GENERAL's ORIGINAL ANSWER AND OBJECTION TO MOTION TO DISMISS" and Response to Attorney Generl's Original Answer to Motion to Dismiss.* |
| 04/18/2023 | | Notice<br>Party: Respondent  RODRIGUEZ, ADAN<br>*Notice: This notice contains correction data to "Order in Suit Affecting The Parent-Child Relatatonship"* |
| 04/18/2023 | | Cover Letter - Request<br>*Cover Letter Request from Adan Rodriguez (Re: Notice of Correction Data to "Order in Suit Affecting P/C Relationship")* |
| 04/23/2023 | | Correspondence<br>*Correspondence (email) from resp. Adan Rodriguez* |
| 05/02/2023 | | Notice<br>Party: Respondent  RODRIGUEZ, ADAN<br>*Court Records* |
| 05/08/2023 | | Correspondence<br>*Correspondence (email) from resp. Adan Rodriguez* |
| 05/09/2023 | | Correspondence<br>*Correspondence (email) from resp. Adan Rodriguez* |
| 05/11/2023 | | Journal Entry<br>*resp father appeared in person. movant did not appear. default granted. no action taken today.* |
| 05/12/2023 | | Correspondence<br>*Correspondence (e-mail) from resp. NCP Adan Rodriguez* |

*[handwritten: "Strict Proof" Evidence Packet Service Provided]*

PAGE 3 OF 4

*Printed on 06/29/2023 at 4:06 PM*

# CASE SUMMARY
## CASE NO. 2022-DCL-05643

444TH DISTRICT COURT

| 05/15/2023 | Order (Judicial Officer: Rosas, Gilberto ) |
| | *ORDER OF THE COURT* |
| 05/17/2023 | Correspondence |
| | *Correspondence (e-mail) from NCP Adan Rodriguez* |
| 06/06/2023 | Affidavits    30 day Notice Given |
| | *Affidavit of Amended Personal Testimony of 5/11/2023* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Attorney General**  Attorney General of Texas
Total Charges                                    241.56
Total Payments and Credits                       241.56
**Balance Due as of  06/29/2023**                  **0.00**

**Respondent**  RODRIGUEZ, ADAN
Total Charges                                    415.00
Total Payments and Credits                       415.00
**Balance Due as of  06/29/2023**                  **0.00**

*Printed on 06/29/2023 at 4:06 PM*

**From the desk of Adan Rodriguez**
**PO Box 602**
**Santa Rosa, Texas [78593]**

To Ken Paxton
Office of the Attorney General of Texas
300 W 15th St.
Austin, TX 78701

### Regarding Contracts formed by your agents, and remedy payment due to my office.
#### Notice to agents, is notice to principle; and notice to principle, is notice to agents.

Be advised, your agents on March 1st, 2023, formed a contract with ADAN RODRIGUEZ - a vessel, and also formed a contract with the de jure executor of that vessel, the man Adan Rodriguez, who made a special appearance in the 444th District Court of Cameron County in regards to case 2022-DCL-05643 on March 3rd, 2023.

This contract expressly requested or "demanded" my office to perform work that is normally their responsibility. Your agents are adequately paid and compensated, and have access to staff and adequate resources. Despite this, they instead chose to contract with my office to perform work. My office is not operating as a business or enterprise, and doesn't have the same resources, employment and salary with THE STATE OF TEXAS, and allotted time as they and their offices do, yet I still expect compensation in full.

I agreed to enter this contract to provide them the service they demanded which was unsolicited by my office. The "demand" or request they had made of me, cost my office my ability to quickly obtain remedy and redress, in the aforementioned case. As such, the payment for the work I performed has been served in an invoice I provided to you and which is now in the court of record, to recoup my remedy and redress they cost my office.

They have elected to acquiesce to the truth, facts, and "strict proof" of the evidence I provided them. The judgment and court order for the case has been provided to you in my sworn affidavit, and has now gone into effect after 21 days. That judgement declares that (1) I must receive full remedy and redress which was outlined in a statement of charges, (2) I must receive a "dismissed with prejudice" in the aforementioned case as I have met their demand and have proven with evidence that is now in the court of record; and (3) I must also receive compensation for contract(s)/contractual work. Your agents and the judge have chosen to acquiesce to this, as they have been unable to refute my evidence, and as they have no foundation of knowledge in any capacity in the facts of this case.

This letter is being sent to advise you that payment for this work that your agents contracted with my office is due by the beginning in April 17th, 2023; and will be considered past due and late as of May 17th, 2023 and will incure late charges and penalties.

Again, after May 17th, 2023, THE STATE OF TEXAS and its agents will be subject to fines and penalties for breach of contract and other charges, and THE STATE OF TEXAS, which posed as executor de son tort for LILITH RODRIGUEZ, will still be subject to provide remedy and redress for the injuries caused. Attached are details of the contract for reference.

Regards,
Adan Rodriguez, Executor for
ADAN RODRIGUEZ, a vessel

April 14, 2023

**UNITED STATES POSTAL SERVICE.**

```
              SAN BENITO
            200 W HICKS ST
        SAN BENITO, TX 78586-9998
            (800)275-8777
04/17/2023                      09:22 AM
----------------------------------------
Pr              Qty    Unit      Price
                       Price
----------------------------------------
                                 $30.00
Money Order
    Ser  #: 28366646275          $1.75
    Mo  Order Fee                $31.75
for
    Chrysanthemum       7   $ 45  $10.15
    Coral Reefs         1   $0.48   $0.48
    1c Tiffany Lamp     ~   $0.01   $0.03
                                   $3.90
First-Class Mail®       1
Large Envelope
    Tucson, AZ 85702
    Weight: 0 lb 11.10 oz
    Estimated Delivery Date
        Fri 04/21/2023            $4.15
    Certified Mail®
        Tracking #:
        7022240000009974805      $3.35
    Return Receipt
        Tracking #:
        9590 9402 5151 9122 8033 80
                                 $11.40
Total                             $3.66
First-Class Mail®       1
Large Envelope
    Austin, TX 78701
    Weight: 0 lb 10.20 oz
    Estimated Delivery Date
        Thu 04/20/2023           $20.35
    Registered Mail®
        Amount: $580.00
        Tracking #:
        RF630419027US             $3.35
    Return Receipt
        Tracking #:
        9590 9402 5151 9122 8033 73
                                 $27.36
Total
----------------------------------------
Grand Total:                     $81.17
----------------------------------------
Debit Card Remitted              $81.17
    Card Name: VISA
    Account #: XXXXXXXXXXXX
```

---

COMPLETE THIS SECTION ON DELIVERY

■ SENDER: COMPLETE THIS SECTION

...and 3.
...address on the reverse
...the card to you.
...the back of the mailpiece,
...ce permits.

A. Signature
X                          □ Agent
                           □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

Ken Paxton
Office of the Attorney General of
Texas
300 W 15th St.
Austin, TX 78701

RECEIVED IN
MAILCENTER
APR 19 2023
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  ($500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

|| 9590 9402 5151 9122 8033 73

2. Article Number (Transfer from service label)
RF 630 419 027 US

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

 **Gmail**

Arthirias <american.universalis@gmail.com>

## Good news for once, but also please file enclosed document to 2022-DCL-05643
1 message

Arthirias <american.universalis@gmail.com>                                             Tue, May 9, 2023 at 12:26 PM
To: Mary Perez <mary.perez@co.cameron.tx.us>, CSD-legal-307@oag.texas.gov, lperez.reyes@co.cameron.tx.us

To all parties,

Upon some time to contemplate, I believe I have a general solution or plan to present to you all regarding this case.

Please know that yesterday night's email I sent to you all was written in frustration that despite clear evidence of my custody of 14 years, I am still being referred to a NCP and I consider this a threat to my parental rights by ill informed strangers, a form of kidnapping, and that the timing of this hearing is inconvenient for my workplace commitments and planning to prepare. They are serious matters that I am indeed examining for the future, but I have come to a realization:

We are both not on the same page. Your parties, if I may offer a guess, may be concerned about relief and other legal issues. I on the other hand am concerned about problems I have discovered with immense fraud that I and others around me are also learning of. We all are also investigating how to correct, and moving to correct. Most of this fraud you are all likely victims of as well in one form or another in some cases.

Therefore, I believe we genuinely do need to mediate this matter. In phases of first remedy, then redress to rebuild broken trust, and then finally once trust is re-established should relief be resolved.

As to why- if remedy and redress are performed first, which should generally be at no cost to your offices, then much of the need for relief that I have invoiced your parties on will not be sought.
If mediation with me is taken in earnest, I have no problems placing a hold on accruing late fees. I will also withhold adding other fees and charges, and I will put a hold on submitting evidence to Ken Paxton's office as I had planned on May 18th.

I was already planning to provide adequate notice when late fees would go into effect instead of having them apply immediately as I wish to have some correspondence with Ken Paxton's office first without the need to have anyone rush.

Ms Mary, also please file the attached document with case 2022-DCL-05643.

📄 **My witness testimony of Systemic Gender Discrimination.pdf**
    276K



**UNITED STATES POSTAL SERVICE.**

LA FERIA
201 W FIRST ST
LA FERIA, TX 78559-9998
(800)275-8777

06/03/2023                               09:21 AM

| Product | | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.98 |
| Large Envelope | | | |

    Brownsville, TX 78520
    Weight: 0 lb    oz
    Estimated Delivery Date
      Mon 06/05/2023

| Registered Mail® | | | $18.30 |
|---|---|---|---|

    Amount: $500.00
    Tracking #:
      RF333868004US

| Return Receipt | | | $3.35 |
|---|---|---|---|

    Tracking #:
      9590 9402 5151 9122 8033 97

| Total | | | $23.63 |
|---|---|---|---|

| First-Class Mail® | 1 | | $1.98 |
|---|---|---|---|
| Large Envelope | | | |

    Harlingen, TX 78550
    Weight: 0 lb 3.60 oz
    Estimated Delivery Date
      Mon 06/05/2023

| Registered Mail® | | | $18.30 |
|---|---|---|---|

    Amount: $500.00
    Tracking #:
      RF333867998US

| Return Receipt | | | $3.35 |
|---|---|---|---|

    Tracking #:
      9590 9402 5151 9122 8034 10

| Total | | | $23.63 |
|---|---|---|---|

| Grand Total: | | | $47.26 |
|---|---|---|---|

| Debit Card Remit | | | $47.26 |
|---|---|---|---|

    Card Name: VISA
    Account #: XXXXXXXXXXXX4370
    Approval #
    Transaction #: 058
    Receipt #: 032381
    Debit Card Purchase: $47.26
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

or call 1-800-410-7420.

UFN: 484845-0079
Receipt #: 840-57800332-2-5134608-2
Clerk: 04

RF 333 867 998 US

| Registered No. RF333867998US | | Date Stamp LA FERIA |
|---|---|---|
| Reg. Fee | $1.98 | |
| Handling Charge | $18.30 | Return Receipt |
| Postage | $3.35 | Restricted Delivery |
| | $0.00 | |
| Received by | $0.00 | JUN 03 2023 |
| | $23.63 | |
| Customer Must Declare Full Value $500.00 | 06/03/2023 | Domestic insurance up to $25,000 is included the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM: Adan Rodriguez
P.O. Box 602
Santa Rosa, Texas Zip Exempt

TO: Child Support Office
1810 Linited 27 Ave Ste 6
Harlingen, TX 78550-524

PS Form 3806, Receipt for Registered Mail    Copy 1 - Cus
January 2014 (7530-02-000-9051).                 (See Information on Re
For domestic delivery information, visit our website at www.usps.com ®

---

RF 333 867 004 US

| Registered No. RF333867004US | | Date Stamp 0079 04 LA FERIA, TX |
|---|---|---|
| Reg. Fee | $1.98 | |
| Handling Charge | $18.30 | Return Receipt |
| Postage | $3.35 | Restricted Delivery |
| | $0.00 | |
| Received by | $0.00 | JUN 03 2023 |
| | $23.63 | |
| Customer Must Declare Full Value $500.00 | 06/03/2023 | Domestic insurance up to $25,000 is included the declared value. International Indemnity is limited. (See Reverse). |

RF 333 867 998

**OFFICIAL USE**

FROM: Adan Rodriguez
P.O. Box 602
Santa Rosa, Texas Zip Exempt

TO: Laura Perez-Reyes, District Clerk
974 Brownsville, TX 78520
Brownsville, TX 78520

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

9590 9402 8149 3030 3249 88

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED IN
MAIL CENTER

JUN 07 2023

OFFICE OF THE
ATTORNEY GENERAL

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Perez-Reyes, District Clerk
974 E. Harrison
Brownsville, Tx 78520

9590 9402 5151 9122 8033 97

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee
05 JUN 202

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Child Support Office
1810 Hale Ave Ste 6
Harlingen, TX 78550-5247

9590 9402 5151 9122 8034 10

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☑ Agent
☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mirna    06/06/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

Desk of Adan Rodriguez; Sui Juris
In care of rural route PO Box 602
[U.C.C. 1-308: Santa Rosa, Texas]
Zip code exempt

# Affidavit of Amended Personal Testimony
# of May 11th, 2023 in
# Case 2022-DCL-05643
# &
# Contractual Payment Instructions

**Notice to Agents is Notice to Principle; Notice to Principle is notice to Agents**

# I

I, Adan Rodriguez, in sound mind and body provide amended testimony of the truth and facts of case 2022-DCL-05643 regarding the document "Order of the Court". This is *not* a motion for the court, nor is this a rejection of its disposal, but to provide necessary administrative corrections to the court of record for future reference. Ms. Anna Palacios- fiduciary officer, of the estate trust of <u>MY child</u>- Lilith Rodriguez; was present on May 11th by proxy via the presence of the Executor officer- Adan Rodriguez, who has her permission to represent her as a fellow officer of the estate. I not only stood to explain the reason for her absence, but I was ready to represent my fiduciary officer trustee if needed. It is also learned she is having difficulty in mobility due to a serious torn muscle injury of her leg that she is receiving therapy for, and did not receive the notice on time. This court will need to provide appropriate notice time and genuine cause for scheduling any hearings requested of her as she also would need to travel long distances on an injured leg which I have verified in person to be true on May 16th, 2023.

Regarding "Order of the Court", the father- Adan Rodriguez, is also referred to as "The Creditor" and his vessel ADAN RODRIGUEZ, to be also referred to as "Primary Custodial Parent". Any court document with description "NCP", "Non-Custodial Parent", or "Obligor" to ADAN RODRIGUEZ is in total error, and thus the document is without fact or truth in its entirety. Further, I am obligor only to the will of the creator GOD our Father in heaven. Ms. Palacios has also requested monies of me, which I have given her to aid her medical bills, to be repaid to me in late July. Ms. Palacios is in marriage contract, as per Marriage patent laws, the STATE OF TEXAS is joined to her in the event of any form of change of marriage, and thus THE STATE OF TEXAS is also thus lawfully and legally in debt to me. The debtors OFFICE OF THE ATTORNEY GENERAL and CHILD SUPPORT OFFICES are also in contract to me for 5.4 million dollars each and I am owed relief by THE STATE OF TEXAS subsidiaries. <u>I am the only Obligee-in-fact</u> as per the court of record.

Respectfully, it was not found that the court had jurisdiction to my knowledge. I do not say this as a disregard of the court's legal authority. Instead, I have proved via material evidence that I have <u>full</u> jurisdiction over the vessels ADAN RODRIGUEZ and LILITH RODRIGUEZ. The evidence that I have seen only shows the debtors are fraudulently posing as Executors de Son Tort to the vessels to which I am Executor de Jure of; and that there is only a need be a change of venue as the cause of action was brought against my trust through fraudulent reasons. Further the changing of my status and case law I provided as per my previous affidavit served on March 21st <u>stands unrebutted</u>.

At the time of the hearing, the "County of Cameron" was understood by me to encompass most of the Rio Grande Valley as it also encompasses the lands up to Starr County. This error is an example of why I require a Consular Officer. *Cameron County* of the 444th district court only encompasses the lands to the levee south of Sebastian and to the west only to Mile 3 road. Upon research, which I have provided via email to the court, **I can now state under oath that the most correct and truthful answer I can give as to which "county I live in" is; that I live in the lands of San Patricio** which is dated before the Compromise of 1850 and describes the lands north of the Rio Grande sans the involvement of UNITED STATES corporation and the STATE OF TEXAS which are "color of government" incorporated entities that have created land abstracts and divisions without due process by We the People of these united States of America and the Republic of Texas through proper land patents. The Republic of Texas via treaty still encompasses lands up to Wyoming. Consider this, no Texian at the time would have voted to lose those lands divided up via abstract and without due process. Further, these united States of America- the de jure government, differs from the defacto "UNITED STATES" corporation that is registered on Dun and Bradstreet, and its various forms. I was wrong to assume the court understood or has learned defacto "color of government" verses de jure government in its line of questioning of where I live or my answers. My sincere apologies for the confusion, I will thus respectfully exercise my 5th amendment if I am unsure if the court will truly understand my researched testimony and persepctive in the future in order to prevent more unnecessary sworn affidavits and corrections.

Also, in the court's haste to provide protection and aid for the debtors, several facts were forgotten that must be clarified now. In the unrebutted sworn affidavit that I properly served <u>two weeks after his orders</u>, of 14 days, it states clearly in its judgement that remedy and relief should be provided to respondent Adan Rodriguez. Further, in the signature page with the notary stamp, it also states clearly that 21 days are provided for

the petitioners to provide a rebuttal to the facts and truth of the affidavit. This isn't an oversight of his March 7th orders and me not following up. The court simply ignored the truth and facts upon the court of record. As such, the judicial orders were without fact and truth and should have been corrected after March 21st to reflect new evidence provided in my unrebutted affidavit of sworn testimony.

That affidavit stated that I, the Creditor and Primary Custodial Parent, provided them on March 21st should be provided relief and remedy. I assumed the role as the responsible administrator, and that I needed to directly provide the court the corrections to reflect the truth and facts. Thus, I made the corrections 28 days after my affidavit was served properly on March 21st. I have been timely AND proper in all of my filings and respecting and providing time for the court and Debtors to respond and rebut.

Further, I have worked to respectfully provide the Debtors opportunity to give them a chance to correct their errors. My affidavit is an official rebuttal to the March 7th orders that were also a result of the March 3rd hearing. The court did *not* provide any fact based or truth based corrections after being served a properly served and filed sworn affidavit in which multiple parties signed. Regarding references to T.R.C.P. 329 (B), I am not making motions for a new trial. Thus, the rule does not apply. As per T.R.C.P. 329 (D), the trial court DID fail to modify, correct, or reform the judgement I provided on March 21st, 2023; not I, unless the court is stating that I am the trial court. If so, my commission pay will reflect the full relief I requested.

The court is only selectively trying to pick which codes to obey and breach for the expressed purpose to unfairly protecting the Debtors, whom have been found and charged by me with violations of many codes ranging from Title 18 U.S.C. § 242 and 241; Title 5 U.S.C. Section § 552a(b); and other violations against the Creditor and Primary Custodial Parent. This is why I, merely by observation and without any intention to show disrespect, view the 444th district court to be incapable of treating the Creditor and Primary Custodial Parent fairly now and in the future.

**II**

I, Adan Rodriguez, also wish to state to the court here and now, to return the CUSIP and all financial instruments that were taken out as a fraudulent attack on my "Cestui Qui Vie" Trust under my vessel ADAN RODRIGUEZ that I previously informed Cameron County financial officers that I was not abandoning.

**Contractual Payment Instructions**

• The hold on the contracts being due is hereby permanently removed as of June 6th, 2023; and contractual payments by the Child Support Offices and Office of the Attorney General are due in 30 days by July 6th, 2023.

• On July 7th, 2023, if entities have not paid ADAN RODRIGUEZ- vessel, and Adan Rodriguez purser signatory officer, contractual payments will be considered late, and you will have only 15 days, or July 21st, to pay upon delinquency; however, any initiation of any monthly accruing late fees will only begin at the Primary Custodial Parent and the Creditor's digression and will not automatically go into effect until proper notice is given.

• After July 21st, 2023, if entities have still not paid, you will be given only 10 days for an opportunity to cure to end on July 31st, 2023.

The Creditor and Primary Custodial Parent need not inform you by mail upon this notice of your obligations as I am providing the dates in advance and following standard banking collection procedures, but you may still receive notices out of courtesy. I will also make a modification to the invoices for clarity for the Child Support Office, and one for the Office of the Attorney General, one for each signature that was contracted. At this time you may now only use direct deposit for contractual payment in my account of:

**Valley Federal Credit Union** in Harlingen Account #14828000 Rt #314978132

Future charges may be served and future legal actions may be initiated if entities are delinquent in payment. You have already been provided previous notice and have waived defenses of reasonable doubt and plausible deniability. You have no sovereign immunity as Title 18 U.S.C. Section 242 & 241 by THE UNITED STATES DEPARTMENT OF JUSTICE clearly applies to your entities and behavior against the Primary Custodial Parent and removal of his parental rights and other infractions. Debtors are responsible for any IRS obligations resulting from discharge or cancellation of debts, as well as earned income resulting from accepted settlements. Immunity is invalid, as validly would violate U.S. Constitution Article 2 § IV; 18 USC 241, 42 USC § 1983; 42 USC § 1985 (3); 42 USC§ 1986; and State Constitutions.

3

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA
NCP Name:    *ADAN RODRIGUEZ*
CP Name:     *ANNA LAURA PALACIOS*
OAG Number: **0014347094**

CAUSE NUMBER *2022-DCL-05643*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *444TH JUDICIAL DISTRICT COURT* |
| *LILITH RODRIGUEZ* | § | OF |
| A CHILD | § | *CAMERON* COUNTY, TEXAS |

## THE ATTORNEY GENERAL'S ORIGINAL ANSWER AND OBJECTION TO MOTION TO DISMISS

The OFFICE OF THE ATTORNEY GENERAL, representing the State of Texas, files this pleading pursuant to Texas Family Code Chapter 231.

### GENERAL DENIAL

The OFFICE OF THE ATTORNEY GENERAL , representing only the interests of the State of Texas, enters a general denial as to *ADAN RODRIGUEZ*'s pleadings and demands strict proof.

### OBJECTION AND RESPONSE TO  ADAN RODRIGUEZ'S MOTION TO DISMISS

1.    The ATTORNEY GENERAL objects to Adan Rodriguez's request for dismissal as Adan Rodriguez has failed to identify under which rule(s) of the Texas Rules of Civil Procedure he is seeking dismissal.

2.    The ATTORNEY GENERAL objects to Adan Rodriguez's request for dismissal and asserts that his cited statutes are inapplicable, that Court has both personal and subject matter jurisdiction over Adan Rodriguez and the subject matter of this lawsuit.

3.    In his first statement, Adan Rodriguez alleged that the Office of the Attorney General has not provided any supporting evidence of a "Corpus Delicti". The Office of the Attorney General did not file any complaint or indictment accusing Respondent, Adan Rodriguez, of any crime. Therefore, the request is irrelevant.

4.    In his second statement, Adan Rodriguez further claims that no contract exists between him and the government and therefore he is not subject to the Texas Family Code. The basis for the underlying petition before the court is not brought under contract law but under an assignment as the Title IV-D agency for the State of Texas. (Tex. App.–San Antonio 1987, writ ref'd n.r.e). Adan Rodriguez has no legal authority to reject Title IV-D services under 42 U.S.C §§ 654, 657 and Texas Family Code Chapter 231. The Office of the Attorney General has been given a limited power of assignment and has statutory authority to commence this lawsuit without the requirement that he "accept" services. The Texas Family Code specifically grants the OAG, as the designated

Title IV-D agency, standing to bring these proceedings. (Tex. Fam. Code §160.602). There is no contractual relationship between Adan Rodriguez and the OAG, and none is required to maintain these proceedings.

5.    Pursuant to Texas Family Code Chapters 160, 157, and 232, the Court has personal jurisdiction over Adan Rodriguez. The ATTORNEY GENERAL, in its petition, has attached Exhibit A, entitled, "State of Texas Acknowledgment of Paternity" in which Adan Rodriguez signed the document acknowledging he is the father of the child subject of this suit.

6.    Unlike personal jurisdiction, subject matter jurisdiction can not be waived. The Texas Supreme Court has defined subject matter jurisdiction as the court's power to hear a particular type of case. *CSR Ltd. Link*, 925 S.W.2d 591, 593 (Tex.1996). Unless it is clear from the pleadings that the court lacks jurisdiction, it should retain the case. *Peek v. Equipment Serv. Co.*, 779 S.W. 802, 804 (Tex.1989). Where a party seeks dismissal of a case by asserting the court lacks jurisdiction to adjudicate it, the party seeking that dismissal has the burden of proof. *Southwestern Apparel, Inc. V. Bullock*, 598 S.W.2d 702, 704 (Tex.Civ. App.—Austin 1980, no writ). Adan Rodriguez, therefore, bears the burden to prove the IV-D Court in Cameron County, Texas lacks subject matter jurisdiction.

9.    In his third allegation, Adan Rodriguez, states that the Office of the Attorney General has refused to correct some administrative "errors" but has not specified what "errors" need to be corrected.

10.    In his fourth allegation, Adan Rodriguez alleged that the Office of the Attorney General did not provide any supporting evidence "to any of their accusation[s]" and that he is "innocent until proven guilty." The pending matter is not a criminal matter, so there is no guilt/innocence aspect of this pleading. The only allegation, to date, made by the Office of the Attorney General is that Adan Rodriguez is the father of the child subject of this suit based on an Acknowledgment of Paternity he and *ANNA LAURA PALACIOS* signed. The OAG attached said Acknowledgment of Paternity to its Petitions as an exhibit.

11.    In his final allegation, Adan Rodriguez, requests costs and legal fees. The Texas Attorney General, in his individual capacity, and the Texas State Agency, "The Office of the Attorney General of Texas;" its operating divisions, attorneys and employees, specifically deny they are subject to a claim for attorney's fees in this cause of action based on sovereign immunity and pursuant to Texas Family Code §231.211(a).

> "At the conclusion of a Title IV-D case, the court may assess attorney fees and all court costs as authorized by law against the nonprevailing party, except that the Court may not assess those amounts against the IV-D agency or a private attorney or political subdivision that has entered into a contract under this Chapter, or any party to whom the Attorney General has provided services under this chapter. Such fees and costs shall not exceed reasonable and necessary cost as determined by the court."

## AFFIRMATIVE DEFENSES

12.    In their official capacities, Ken Paxton - Attorney General of Texas, Brent Webster - First Assistant Attorney General, and all persons acting on behalf of the State of Texas participating in this cause have sovereign immunity from suits or liability for attorney's fees or other monetary relief, except as provided by law.

13.    In their individual capacities, Ken Paxton - Attorney General of Texas, Brent Webster - First Assistant Attorney General, and all persons acting on behalf of the State of Texas participating in this cause have official or quasi-judicial immunity from suits or liability for attorney's fees or other monetary relief, except as provided by law, because they were acting in good faith and within the discretion, course, and scope of their official duties at all times relevant to *ADAN RODRIGUEZ's* claims.

## PRAYER

The Office of the Attorney General prays that the Court grant all relief requested herein and within its previously filed pleadings. To the extent Respondent, Adan Rodriguez, is asserting any claims against the Office of the Attorney General that such claims be denied. The Office of the Attorney General prays for general relief. Respectfully submitted,

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

JOSHUA SHAMBURGER - SBN: 24070601
DIANA SALAZAR - SBN: 24010371
GABRIEL GUZMAN - SBN: 24081676
ATTORNEY OF RECORD
CHILD SUPPORT OFFICE 0307E
*CHILD SUPPORT OFFICE*
*1810 HALE AVE STE 6*
*HARLINGEN TX 78550-5247*
Email CSD-legal-307@texasattorneygeneral.gov
Telephone No. *(956)421-4351*
Toll Free 1(800)252-8014
Fax No. *(956)430-4048*

6

## VERIFICATION OF AFFIRMATIVE DEFENSES

I solemnly affirm and declare the foregoing to be a true statement.

My name is Joshua Shamburger , and I am an employee of the following governmental agency: OFFICE OF THE ATTORNEY GENERAL.

I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of

perjury that the foregoing is true and correct.

Executed in Cameron County, State of Texas, on the 1st day of March, 2023.

*Autograph Signature* ——→ _____

Declarant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the below listed parties or their representatives pursuant to Rule 21a, Texas Rules of Civil Procedure, on the 1st day of March, 2023.

_____    ⇐  *Signature*
JOSHUA SHAMBURGER
ATTORNEY OF RECORD

**Party:**

ANNA LAURA PALACIOS

ADAN RODRIGUEZ — *Vessel*
*Enters into Performance*
*Action Demand/Requested*

*Adan Rodriguez*

*March 8th, 2023*

**Attorney for Party:**

*Adan Rodriguez, The man*
*and Executor of*
*ADAN RODRIGUEZ-*
*Vessel, to perform contract*

*Adan Rodriguez*

*March, 8th, 2023*

7

# INVOICE

### For Contract No: 00001

**Desk of Adan Rodriguez**
**P.O. Box 602**
**Santa Rosa, TX [78593]**
**(956) 536-4149**

| | |
|---|---|
| **Name:** Office of the Attorney General – Child Support Department | **Date received:** March, 1st 2023 |

| | | |
|---|---|---|
| **Address:** 974 E. Harrison | **City:** Brownsville | **Zip:** 78520 |

| | |
|---|---|
| **Phone:** (956) 550-0840 | **Email:** Lperez.reyes@co.cameron.tx.us |

| Description of Service | Amount |
|---|---|
| **Request production of "strict proof" from signed documents requested** | **5,486,601 .42** |
| **by Office of Attorney General – Child Support Office on March 1st, 2023;** | |
| **Includes first hand witness testimony, supporting documents, complete** | |
| **rebuttal points, and costs of loss of financial remedy, and loss of** | |
| **"dismissed with prejudice" decision, et al other miscellaneous costs** | |
| **for ADAN RODRIGUEZ - Vessel.** | |
| Signature and work performed by vessel ADAN RODRIGUEZ | |
| **Be advised:** Any loss of "Dismissal with Prejudice" judgement along | |
| with Remedy sought in Statement of Charges in Case 2022-DCL-05643, | |
| will incur a late fee penalty of .001% per month of overall project cost | |
| past 30 days, and possible other fines, interests, and penalties. | |
| **Contract Completion Status:** "Demand"/Request completed, and served | |
| into record for Case 2022-DCL-05643 in 444th District Court on, or before | |
| March 31st, 2023; and documents also physically served to | |
| Child Support Office. | |

| | | | |
|---|---|---|---|
| **Note:** *The request or "demand" for this project was unsolicited and caused financial loss to this party; and this office has no interest in continued operation, "Doing Business As", acting as a professional office, nor providing any further public services. A .001% monthly fine will be marked for this, one time only, service and performance contract.* | **Sub-Total** | 5,486,601 | .42 |
| | **8.25% Sales Tax** | 452,644 | .62 |
| | **Total** | 5,939,246 | .04 |

This Invoice served to 974 E. Harrison
Brownsville, TX 78520
Forward this Invoice to appropriate Accounts Payable Office for the Office of Attorney General –
Child Support Office responsible for Cause of Action 2022-DCL-05643

# INVOICE

For Contract No: 00001

**Desk of Adan Rodriguez**
**P.O. Box 602**
**Santa Rosa, TX [78593]**
**(956) 536-4149**

| | |
|---|---|
| **Name:**<br>Child Support Office | **Date received:**<br>March, 1st 2023 |

| | | |
|---|---|---|
| **Address:**<br>1810 HALE AVE STE 6 | **City:**<br>Harlingen | **Zip:**<br>78550-5247 |

| | |
|---|---|
| **Phone:**<br>(956) 421-4351 | **Email:**<br>CSD-Legal-307@texasattorneygeneral.gov |

| Description of Service | Amount | |
|---|---|---|
| **Request production of "strict proof" from signed documents requested** | 5,486,601 | .42 |
| **by Office of Attorney General – Child Support Office on March 1st, 2023;** | | |
| **Includes first hand witness testimony, supporting documents, complete** | | |
| **rebuttal points, and costs of loss of financial remedy, and loss of** | | |
| **"dismissed with prejudice" decision, et al other miscellaneous costs** | | |
| **for ADAN RODRIGUEZ - Vessel.** | | |
| Signature and work performed by signatory officer/purser, Adan Rodriguez | | |
| **Be advised:** Any loss of "Dismissal with Prejudice" judgement along | | |
| with Remedy sought in Statement of Charges in Case 2022-DCL-05643, | | |
| will incur a late fee penalty of .001% per month of overall project cost | | |
| past 30 days, and possible other fines, interests, and penalties. | | |
| **Contract Completion Status:** "Demand"/Request completed, and served | | |
| into record for Case 2022-DCL-05643 in 444th District Court on, or before | | |
| March 31st, 2023; and documents also physically served to Office of | | |
| Attorney General Child Support Office. | | |

| **Note:** *The request or "demand" for this project was unsolicited and caused financial loss to this party; and this office has no interest in continued operation, "Doing Business As", acting as a professional office, nor providing any further public services. A .001% monthly fine will be marked for this, one time only, service and performance contract.* | **Sub-Total** | 5,486,601 | .42 |
|---|---|---|---|
| | **8.25% Sales Tax** | 452,644 | .62 |
| | **Total** | 5,939,246 | .04 |

This Invoice served to 1810 Hale Ave STE 6
Harlingen, TX 78550-5247
Forward this Invoice to appropriate Accounts Payable Office for the
Child Support Office responsible for Cause of Action 2022-DCL-05643

*183 E. Price Road*
*Brownsville, Texas 78521*
*Phone: (956) 546-3108*



*1613 W. Filmore*
*Harlingen, Texas 78550*
*Phone: (956)425-5668*

*June 2, 2023*

To Whom It May Concern,

**Adan Rodriguez** has a **Free Checking-70 account** with Valley Federal Credit Union. The following information can be used to set up Direct Deposit or an EFT withdrawal.

Account Number: **14828000**
Routing Number: **314978132**

Please feel free to contact our office with any further questions at (956) 425-5668.

Sincerely,

**Amber Araiza**
**Harlingen – Teller**
Valley Federal Credit Union
Office: (956) 425-5668
E-mail: amber.araiza@vfcu.net

VALLEY FEDERAL CREDIT UNION
**VFCU**
PEOPLE HELPING PEOPLE
SINCE 1935

10

Case 1:23-cv-00117    Document 1    Filed on 08/11/23 in TXSD    Page 30 of 66

For Cause - Fraud

I, Adan Rodriguez, claim the securities of all case numbers, all bonds, securities, interests, reversionary interests, dividends, stocks, any financial instruments associated with this cause of action, and I am not abandoning my property.

Signature under the pains of penalty of perjury

:Adan; .Rodriguez: Sui Juris, Jus Soli
March 1st, 2023

I, Anna Laura Palacios, as acting fiduciary trustee for Lilith Rodriguez, give the Executor Adan Rodriguez her father, permission to represent me as legal counsel. I have a serious torn muscle leg injury and sciatic nerve pain, that I am getting physical therapy for. I have difficulty traveling and walking is painful, my injury has prevented me from being able to respond to hearings on time.

Signed

Anna Laura Palacios

5-21-23

Desk of Adan Rodriguez; Sui Juris
Executor De Jure of ADAN RODRIGUEZ- a vessel
PO Box 602
[U.C.C. 1-308: Santa Rosa, Texas, Zipcode Exempt]

STATE OF TEXAS
Office of the Attorney General
Child Support Office

# Preservation of Evidence

Dear Sirs and Madams,

From October 2022 through May 2023, I was subjected to a fraudulent lawsuit designed to deny and strip me of my parental rights, deny me wages, financially attack and threaten me and my livelihood, as well as other legal violations and breaches, and which further caused me injury; and in the event that I may sue in the future, I need you to preserve all evidence such as:

All phone conversations of 2022-DCL-05643; all case information and audio of a case where Adan Rodriguez's testimony on March 3rd 2023 was used without my permission and in which the 444th District Court has coordinated to deny me its information for which I have properly asked for; any audio and recorded testimony of case 2022-DCL-05643; any communication and documents that your offices received from Anna Laura Palacios and Adan Rodriguez; all identifying information of attorneys, judges, and any employees or legal firms and contractors and their internal communication and documents whom have provided legal advice and supported and aided the STATE OF TEXAS, Office of the Attorney General, and Child Support Office in their emolument violation against me. Please ensure there is nothing that destroyed in regards to this case 2022-DCL-05643 and the other case which my testimony was used without permission.

 **Gmail**

**Arthirias <american.universalis@gmail.com>**

## New developments in Case 2022-DCL-05643
1 message

**Arthirias** <american.universalis@gmail.com>                                                      Sun, Apr 23, 2023 at 11:25 PM
To: Mary Perez <mary.perez@co.cameron.tx.us>, lperez.reyes@co.cameron.tx.us, CSD-legal-307@oag.texas.gov

Attention all parties:

Due to new evidence that has come to light.

1.) Effective as of April 20th, 2023; payment of $5,489,483.42 in damages to *ADAN RODRIGUEZ - vessel* vs THE STATE OF TEXAS in Case 2022-DCL-05643, will only be considered legally discharged in lawful money as per U.S.C. Title 12 Section § 411, *in face value,* such as American gold eagles (22 karat) and American silver eagles via the US mint, for cause- FRAUD.

2.) Payment of $5,489,483.42 in damages to **Adan Rodriguez**- acting as signatory officer for the vessel ADAN RODRIGUEZ vs THE STATE OF TEXAS is still permitted to be paid in fiat currency "Federal Reserve Notes".... *for now.*

3.) I advise and recommend, The Child Support office pay their contract in full for services demanded of **Adan Rodriguez**- acting as signatory officer for vessel ADAN RODRIGUEZ, who is owed $5,939,246.46 for the performance of work that was officially demanded of him. Payment for that work is due by May 17th, 2023; and will be considered late and past due on May 18th, 2023 to which your principal officer, Ken Paxton was informed of by mail.

4.) I advise and recommend, The District Attorney's office pay their contract in full for services demanded of the ADAN RODRIGUEZ- a vessel, who is owed $5,939,246.46 for the performance of work that was officially demanded of him. Payment for that work is due by May 17th, 2023; and will be considered late and past due on May 18, 2023 to which Ken Paxton, your principal officer, was informed of by mail.

My next correspondence to the 444th District Court, and Ken Paxton will show the reasons for this change. That correspondence is expected to arrive in the latter half of next month in May, but not before giving The District Attorney's office and the Child Support Office the courtesy and the opportunity to fulfill your contractual obligations which will be considered past due on May 18th, 2023.

-Adan Rodriguez, Sui Juris, Executor de Jure of vessel ADAN RODRIGUEZ in case 2022-DCL-05643.

14 of 16

# NOTICE TO PUBLIC

The following enclosed documents are a public matter to be recorded upon the land, are unrebutted and the truth and fact upon the record, and are a part of the court of records from the special appearance of Adan Rodriguez who made a special appearance to the 444th District Court of Cameron County on the 3rd day of March 2023, and this matter in no way constitutes a private BAR guild matter due to the fraud discovered. For public reference, the following is a quote from one of the originators and conspirators of the aforementioned fraud, and perpetrated upon the family of Adan Rodriguez and encompasses the entire true subject of this case, and any possible future counter lawsuit, legal action and claim:

"[Very] soon, every American will be required to register their biological property in a National system designed to keep track of the people and that will operate under the ancient system of pledging. By such methodology, we can compel people to submit to our agenda, which will affect our security as a chargeback for our fiat paper currency. Every American will be forced to register or suffer not being able to work and earn a living. They will be our chattel, and we will hold the security interest over them forever, by operation of the law merchant under the scheme of secured transactions. Americans, by unknowingly or unwittingly delivering the bills of lading to us will be rendered bankrupt and insolvent, forever to remain economic slaves through taxation, secured by their pledges. They will be stripped of their rights and given a commercial value designed to make us a profit and they will be non the wiser, for not one man in a million could ever figure our plans and, if by accident one or two would figure it out, we have in our arsenal plausible deniability." Continued: "by floating liens and debt to the registrants in the form of benefits and privileges. This will inevitably reap to us huge profits beyond our wildest expectations and leave every American a contributor or to this fraud which we will call "Social Insurance." Without realizing it, every American will insure us for any loss we may incur and in this manner; every American will unknowingly be our servant, however begrudgingly. The people will become helpless and without any hope for their redemption and, we will employ the high office of the President of our dummy corporation to foment this plot against America."
-    Edward Mandell House, in a private meeting with Woodrow Wilson (President) circa [1913-1921]

I believe the aforementioned quote to be truth and fact, as it accurately describes the events, the behavior against me by THE STATE OF TEXAS, their agents, and their actions in which they summoned me, insisted on their unsolicited and unproven authority over me and my private family affairs, and in which they made demands of me to preform work and lose personal time for them without any financial compensation or remedy to my injury caused by them; in regards to a hearing in which I have no express signed contract or known injured party in case 2022-DCL-05643. Work and time in which they, their staff, and their offices are however well compensated for.

Adan Rodriguez, Sui Juris

Executor de jure of ADAN RODRIGUEZ – A vessel & LILITH RODRIGUEZ – A vessel

04 / 14 / 23

15 of 16

All my GOD given unalienable rights guaranteed and reserved Without Prejudice, Without Recourse.

Autographed by _Adan Rodriguez_ ; a man, a Living Soul on the

_2ⁿᵈ_ day of _June_ , year of our Lord 20 _23_ , in the _41_ years since Born alive.

Hereby declare by my Honor and under my Authority as one of "We the people" and under the laws of the United States of America in that an affidavit unrebutted in 21 days becomes judgement.

As Notary Public and as Jurat Certificate of Acceptance by court officer, I witnessed the personal appearance of Adan Rodriguez before me with proper ID recorded and testified before me this

_2ᴺᴰ_ day of _June_ , 20 _23_ , in _Cameron_ County, State of Texas.

_____ ; signature and seal

TISHA JONES
Notary ID #133988069
My Commission Expires
September 27, 2026

The monetary value appraisal of invoiced Contract 00001 -
"Original Answer of Office of Attorney General On Motion to Dismiss"
is based on following "Summary of Charges" section of my "Affidavit of
Truth and Assertory Oath" that was served to the parties of the 444th
District Court and the Child Support Office, on March 2nd 2023 for the
fraudulent Cause of Action <u>2022-DCL-05643</u>.

As well as the included value of having the fraudulent case to be
Dismissed with Prejudice or the fraudulent case to be fully and
permanently Discharged. The case status being currently "Disposed" is
considered a continuation of the threat and criminal and civil violations
of United States Code against my vessels.

To the court of Honorable Gilberto Rosa in regards to matters of Case <u>2022-DCL-05643</u>

In the 444th District Court, Cameron County, Texas.

Statement of Charges for Legal Fees

Adan Rodriguez hereby presents this statement of charges for legal fees incurred as follows:

1. Personal Legal Costs; Date of Service from January 12th, 2023 – March 2nd, 2023

   a. Legal costs for a Child Support Layer Costs range from $100-$500 an hour from thepricer.org as referenced per exhibits. I have provided a legal defense and services for myself, Lilith Rodriguez, Juan Dios Rodriguez, Cristina E. Rodriguez, and Laura Rodriguez from January 12th, 2023 as per exhibits from through the date of the hearing on March 3rd, 2023, as per thus far which is a total of more than 50 days. I have worked an average of 20 hours per day in research, planning, document creation, legal defense preparation, meetings, and many other activities to provide me and my family members a strong legal defense. At $500 dollars an hour, for 5 separate individuals who have a vested interest in this case decison and includes overtime pay estimates of time and a half of $750. As well and including performing the basic functions and duties that should have been performed by the State of Texas Child Support Office to verify and vet whether the Respondent and parties involved should have even been sought after in a lawsuit. I have also done this while performing my other duties and juggled the defense of this case with a deadline of March 3rd. Total hours accumulated in legal fees is at minimum 1000 hours.

   Personal Legal Charges - $3,400,000.00*(See formula at end for justification)

2. January 12th, 2023 – March 2nd, 2023; Emotional Duress

    a. As a result of this case, I have been stricken with anxiety and insomnia. I have been prescribed medication as shown in exhibits in affidavit. Exhibits shows my sick leave and visitation to the Frontier Direct Primary Care office to seek remedy and relief from persistent coughing, insomnia, and anxiety upon advice from a friend who noticed my continued coughing the weekend prior. Jessica Longoria MPAS, PA-C had prescribed "Buspirone Hydrochoride" tablets as seen in exhibits which do not assist in treating insomnia and she cautioned that such pills may be addictive and habit forming but did advise me to consider getting over the counter medication if I needed which I did. Exhibits show a description of "Buspirone Hydrochloride" treatment of anxiety, directions, and information. I have not yet ascertained yet if I have dependency on over the counter Ibuprofen PM/Diphenhydramine Citrate for my sleep, and the true long term health care damage done to me by the petitioner. What I can attest under oath is my disrupted sleep pattern due to this case causing an average of 4 hours of genuine sleep per day.

    https://www.law.cornell.edu/cfr/text/42/488.301

    Emotional Duress - 42 § 488.301; Breach – Penalty – Authority

    Fee Schedule $200,000.00

3. January 12th, 2023 – March 2nd, 2023; Mental Anguish and Abuse

    a. Exhibits show cellphone image screenshots data of a night I have had normally since the date of January 12th. It provides evidence of my state of awakened and alert state in being able to produce both a phone screen shot and screen capture an video of me documenting my lack of sleep. This lack of sleep has been brought on by this

2

malicious prosecution I have constant mental activity dedicated to providing strategy, planning, and concerns disrupting any mental ease to sleep. I also have video dated in February 24, 2023 which if I am able will be designated exhibits. It was created due to my mental state causing a life threatening hazard in my daily work activities by the petitioner's malicious prosecution.

https://www.law.cornell.edu/cfr/text/42/488.301

Mental Anguish and Abuse; 42 § 488.301: Breach – Penalty - Authority

Fee Schedule $200,000.00

4. January 12th, 2023 – March 2nd, 2023; Malicious Prosecution

    a. A malicious prosecution occurs when a police officer or other government official causes criminal charges to be filed against a person when the official knows probable cause is lacking and the charges are filed because of personal animosity, bias, or some other reason outside the interests of justice. In such cases, the victim's Fourteenth Amendment "right to liberty" has been violated.

Basis of Law

Malicious prosecution is a common law, intentional tort seeking damages for resulting from the institution of or continuation of criminal proceeding for an improper purpose and without probable cause. The tort of malicious prosecution has also been extended to the initiation of civil, administrative, and disciplinary proceedings. For various public policy reasons, actions for malicious prosecution are not favored by the courts. But they are necessary to deter to the malicious initiation of criminal proceedings without probable cause. Malicious prosecution is generally litigated under state tort law. While many lower courts recognize some form of malicious prosecution action

3

under 42 USC § 1983, the federal Circuit Courts of Appeals are split on this issue. There is a divergence in opinion among the circuits as to whether malicious prosecution, standing alone, can violate the Constitution.

The Standard

Although each jurisdiction may define the cause of action for malicious prosecution differently, the elements of the common law tort are generally (1) the institution or continuation of a legal proceeding, either civil or criminal, or an administrative or disciplinary proceeding, against the plaintiff; (2) by, at the instance of, or abetted by, the defendant; (3) the termination of such prior proceeding in the plaintiff's favor; (4) the absence of probable cause for institution of the prior proceeding; (5) malice as a primary purpose for that proceeding; and (6) some injury or damage to the plaintiff as a result of the prior proceeding.

Seminal Cases and Authority

Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364 (1994)

McDonough v. Smith, 139 S. Ct. 2149, 204 L. Ed. 2d 506 (2019)

Source:

https://content.next.westlaw.com/Browse/Home/CivilRightsLegalMaterialsNews/Unwa rrantedCriminalProsecutionMaliciousProsecution?transitionType=Default&contextDat a=(sc.Default)&firstPage=true

AMI 2231 Measure of Damages—Malicious Prosecution

Arkansas Supreme Court Committee On Jury Instructions-Civil

Ark. Model Jury Instr., Civil AMI 2231

Arkansas Model Jury Instructions-Civil

November 2022 Update

Arkansas Supreme Court Committee On Jury Instructions-Civil

Chapter 22. Damages

AMI 2231 Measure of Damages—Malicious Prosecution

The reasonable expenses, including attorney fees, incurred by (plaintiff) in connection with the defense of the prior [civil][criminal] proceeding.

NOTE ON USE

This clause is to be inserted in AMI 2201, where applicable, where an issue of malicious prosecution is submitted. See AMI 413.

COMMENT

Expenses incurred in connection with the defense of the prior proceeding, which is the subject of the malicious prosecution action, includes attorney fees and other costs incurred. Harold McLaughlin Reliable Truck Brokers, Inc. v. Cox, 324 Ark. 361, 922 S.W.2d 327 (1996). Other elements of damage set forth in Chapter 22 may be also applicable.

Source                                                                cited:

https://govt.westlaw.com/armji/Document/Ib7bd330a053f11db9346b0b8bf67faf0?view Type=FullText&originationContext=documenttoc&transitionType=CategoryPageItem &contextData=(sc.Default)

Mental Anguish and Abuse; 42 CFR § 301: Breach – Penalty - Authority

Fee Schedule $200,000.00

5. January 12th, 2023 – March 2nd, 2023; 18 U.S. Code § 1589 - Forced labor

   a. 18 U.S. Code § 1589 - Forced labor Section A(1)(3)(4) B C (2) D

Whoever knowingly provides or obtains the labor or services of a person by any one of, or by any combination of, the following means—

(1.) by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person;

(2.) by means of serious harm or threats of serious harm to that person or another person;

(3.) by means of the abuse or threatened abuse of law or legal process; or

(4.) by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint,

shall be punished as provided under subsection (d).

(b) Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described in subsection (a), knowing or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor or services by any of such means, shall be punished as provided in subsection (d).

(c) In this section:

(1) The term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action.

(2) The term "serious harm" means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing labor or services in order to avoid incurring that harm.

(d) Whoever violates this section shall be fined under this title, imprisoned not more than 20 years, or both. If death results from a violation of this section, or if the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title, imprisoned for any term of years or life, or both. https://www.law.cornell.edu/uscode/text/18/1589

18 U.S. Code § 1589: Breach – Penalty - Authority

Fee Schedule $250,000.00

6. January 12th, 2023 – March 2nd, 2023; DEFAMATION

   a. 28 U.S. Code § 4101 – Definitions 1) DEFAMATION.—

The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

(2)DOMESTIC COURT.— The term "domestic court" means a Federal court or a court of any State.

(5)STATE.—— The term "State" means each of the several States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

(6)UNITED STATES PERSON.—The term "United States person" means—

(A) a United States citizen;

(B) an alien lawfully admitted for permanent residence to the United States;

(C) an alien lawfully residing in the United States at the time that the speech that is the subject of the foreign defamation action was researched, prepared, or disseminated; or

(D) a business entity incorporated in, or with its primary location or place of operation in, the United States.

https://www.law.cornell.edu/uscode/text/28/4101

28 U.S. Code § 4101; Breach – Penalty - Authority

Fee Schedule $200,000.00

7. January 12th, 2023 – March 2nd, 2023; 18 U.S. Code § 241 - Conspiracy against rights

   a. If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;

https://www.law.cornell.edu/uscode/text/18/241

18 U.S. Code § 241; Breach – Penalty - Authority

Fee Schedule $200,000.00

8. 25 CFR § 11.417 – Extortion

   a. Extortion. A person who shall willfully, by making false charges against another person or by any other means whatsoever, extort or attempt to extort any moneys, goods, property, or anything else of any value, shall be guilty of extortion, a misdemeanor.

https://www.law.cornell.edu/cfr/text/25/11.417

25 CFR § 11.417; Breach – Penalty - Authority

Fee Schedule $200,000.00

9. 18 U.S. Code § 872 - Extortion by officers or employees of the United States

    a. Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. https://www.law.cornell.edu/uscode/text/18/872

    18 U.S. Code § 872; Breach – Penalty - Authority

    Fee Schedule $200,000.00

10. January 12th, 2023 – March 2nd, 2023; Peonage

    a. Benefitting financially from peonage, slavery, and trafficking in persons

    Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of this chapter, knowing or in reckless disregard of the fact that the venture has engaged in such violation, shall be fined under this title or imprisoned in the same manner as a completed violation of such section.

    18 U.S. Code § 1593 Mandatory restitution & 1593A 18 U.S. Code § 1593 & 1593A; Breach – Penalty - Authority

    Fee Schedule $200,000.00

11. January 12th, 2023 – March 2nd, 2023; Misappropriation of Taxpayer Funds

    a. 18 U.S. Code § 648 - Custodians, generally, misusing public funds

Whoever, being an officer or other person charged by any Act of Congress with the safe-keeping of the public moneys, loans, uses, or converts to his own use, or deposits in any bank, including any branch or agency of a foreign bank (as such terms are defined in paragraphs (1) and (3) of section 1(b) of the International Banking Act of 1978), or exchanges for other funds, except as specially allowed by law, any portion of the public moneys entrusted to him for safe-keeping, is guilty of embezzlement of the money so loaned, used, converted, deposited, or exchanged, and shall be fined under this title or in a sum equal to the amount of money so embezzled, whichever is greater, or imprisoned not more than ten years, or both; but if the amount embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both. https://www.law.cornell.edu/uscode/text/18/648

Misappropriation

In law, misappropriation may be defined as "[t]he unauthorized, improper, or unlawful use of funds or other property for purposes other than that for which intended." Misappropriation commonly refers to situations in which the offending party has an added measure of responsibility, such as misconduct by a public official, a trustee of a trust, or an administrator of a deceased person's estate. An individual who has committed misappropriation may be liable to criminal prosecution for a form of theft as well as disciplinary action, if the person is a civil servant.

Additional examples include the following:

Misappropriation may refer to a common law doctrine under the rubric of unfair competition. The misappropriation doctrine seeks to "protect something of value not otherwise covered by patent or copyright law, trade secret law, breach of confidential

relationship, or some other form of unfair competition." In California, the elements of a misrepresentation claim are the following: 1) substantial investment of time, skill or money by the plaintiff in developing some property; 2) appropriation and use of that property at little or no cost by the defendant; 3) the appropriation and use done without authorization or consent from the plaintiff; and 4) proof of injury to the plaintiff due to the defendant's action.

In the context of legal ethics, misappropriation may designate a level of culpability in a lawyer's mishandling of client funds. As noted by the Oklahoma Supreme Court in 2019, misappropriation in Oklahoma is the "most serious level of culpability," preceded by commingling and simple conversion, and "occurs when a lawyer purposefully deprives a client of money through deceit and fraud." Other courts may use misappropriation more broadly, as the Supreme Court of New Jersey did, defining it as "any unauthorized use by the lawyer of clients' funds entrusted to him, including not only stealing, but also unauthorized temporary use for the lawyer's own purpose, whether or not he derives any personal gain or benefit therefrom." https://www.law.cornell.edu/wex/misappropriation

18 U.S. Code § 648 Misappropriation of Taxpayer Funds

Breach – Penalty - Authority

Fee Schedule $200,000.00

12. January 12th, 2023; 18 U.S. Code § 876 - Mailing threatening communications

   a. Section (d) Whoever, with intent to extort from any person any money or other thing of value, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto,

addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both. If such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both.

https://www.law.cornell.edu/uscode/text/18/876

18 U.S. Code § 876 - Mailing threatening communications

Breach – Penalty - Authority

Fee Schedule $5,000.00 18 USC § 876(d)

13.  January 12th, 2023 – March 2nd, 2023; Legal Research (Response Sundry)

Fee Schedule $30,000.00

14. Miscellaneous - Lost wages Fee Schedule: $320.00 (Unpaid Personal time lost)

15. Miscellaneous - Food Fee Schedule $243.79 (Receipts available)

16. Miscellaneous - Medical Fee Schedule $15.79 (Receipts available)

17. Miscellaneous - Office Supplies Fee Schedule $116.68 (Receipts available)

18. Miscellaneous - Postage Fee Schedule $195.40 (Receipts available)

19. Miscellaneous - Fuel Fee Schedule $591.76 (Receipts available)

\* Formula for legal fees: (40hrs for 7 weeks = 280 hours at $500 per hour sum total 140,000) + (Remaining 720 hours are Overtime at Time + Half 750 sum $518,400) x (5 individuals seeking legal assistance in defense from State of Texas Petitioner)

Sum Total: $5,486,483.42

WHEREFORE, Adan Rodriguez respectfully requests that the court order the State of Texas - Child Support Office to pay the sum total of $5,486,483.42 for damages incurred.


Respectfully submitted,

Adan Rodriguez

PO Box 602

Santa Rosa, TX 78593

(956) 536-4149

American.universal's@gmail.com

Addendum

Statement of Charges accrued post printing of March 1st, 2023

| Date | Reason | Costs |
|------|--------|-------|
| 3/12/2023 | Meeting for Affidavit creation for mailing | $ 12.30 |
| 3/12/2023 | Affidavit postage to government entity | $ 64.45 |
| 3/12/2023 | Filing fees for affidavit | $ 41.40 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

14



Arthirias <american.universalis@gmail.com>

---

## COURTESY NOTICE, your payment for Contract work you solicited of my office is now overdue.
1 message

---

**Arthirias** <american.universalis@gmail.com>                                     Fri, Jul 7, 2023 at 12:28 AM
To: CSD-legal-307@oag.texas.gov, lperez.reyes@co.cameron.tx.us, john.scott@oag.texas.gov

**Notice to principal is notice to agents; Notice to agents is notice to principal.**

To Debtors parties,

This is a courtesy notice, to inform you are now past due on your payments, for contract work that you solicited of ADAN RODRIGUEZ- a vessel; and Adan Rodriguez- signatory officer for the vessel ADAN RODRIGUEZ on March 1st, 2023. Your last day to pay on time was July 6th, 2023, as you were previously informed of via mailed affidavit on June 6th, 2023. You now have only 15 days for late payment, as per standard banking procedures, to end on July 21st, 2023. Please see attached.

Thank you.

---

**5 attachments**



**Past Due Invoice, Request for Payment - Office of the Attorney General.jpg**
583K



**Past Due Invoice, Request for Payment - Child Support Office.jpg**
585K



**Direct Deposit Payment Option.jpg**
304K

**OFFICIAL NOTICE OF LATE PAYMENT, REQUEST FOR PAYMENT - OFFICE OF ATTORNEY GENERAL.pdf**
72K

**OFFICIAL NOTICE OF LATE PAYMENT, REQUEST FOR PAYMENT - CHILD SUPPORT OFFICE.pdf**
72K



**UNITED STATES POSTAL SERVICE.**

WESLACO
109 N BORDER AVE
WESLACO, TX 78596-9998
(800)275-8777

07/07/2023                          12:03 PM
------------------------------------------
Product            Qty   Unit    Price
                         Price
------------------------------------------
Priority Mail®       1            $9.65
Sm Flat Rate Env
    Austin, TX 78711
    Flat Rate
    Expected Delivery Date
    Mon 07/10/2023
    Insurance                     $0.00
        Up to $100.00 included
    Certified Mail®               $4.15
        Tracking #:
        9589 0710 5270 0554 7991 05
    Return Receipt                $3.35
        Tracking #:
        9590 9402 5151 9122 8035 02
Total                            $17.15

Priority Mail®       1            $9.65
Sm Flat Rate Env
    Harlingen, TX 78550
    Flat Rate
    Expected Delivery Date
    Mon 07/10/2023
    Insurance                     $0.00
        Up to $100.00 included
    Certified Mail®               $4.15
        Tracking #:
        9589 0710 5270 0554 7991 74
    Return Receipt                $3.35
        Tracking #:
        9590 9402 5151 9122 8035 19
Total                            $17.15

Priority Mail®       1            $9.65
Sm Flat Rate Env
    Brownsville, TX 78520
    Flat Rate
    Expected Delivery Date
    Mon 07/10/2023
    Insurance                     $0.00
        Up to $100.00 included
    Certified Mail®               $4.15
        Tracking #:
        9589 0710 5270 0554 7991 67
    Return Receipt                $3.35
        Tracking #:
        9590 9402 7536 2098 4498 36
Total                            $17.15

------------------------------------------
Grand Total:                     $51.45
------------------------------------------
Debit Card Remit                 $51.45
    Card Name: VISA
    Account #: XXXXXXXXXXXX4370
    Approval #
    Transaction #: 580
    Receipt #: 046630
    Debit Card Purchase: $51.45
    AID: A0000000980840      Chip
    AL: US DEBIT
    PIN: Verified
------------------------------------------
Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Child Support Office
1810 Hale Ave Ste 6
Harlingen, TX 78550-5247

9590 9402 5151 9122 8035 19

2. Article Number (Transfer from service label)

9589 0710 5270 0554 7991 74

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Perez-Reyes,
District Clerk
974 E. Harrison
Brownsville, TX 78520

9590 9402 7536 2098 4498 36

2. Article Number (Transfer from service label)

9589 0710 5270 0554 7991 67

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**From the Desk of Adan Rodriguez**
**Executor de jure of vessel - ADAN RODRIGUEZ**
**Creditor, Sui Juris, State National**
**PO BOX 602**
**Santa Rosa, Texas, Zipcode Exempt**

To following debtor Parties thus served Invoice
OFFICE OF THE ATTORNEY GENERAL

# OFFICIAL NOTICE OF LATE PAYMENT

Debtor party, be advised, your payment for your demands in contract are now past due.

As per established normal collections procedures, you have <u>15 days</u> to end on July 21st 2023,

after receiving this notice to pay your contract fees of $<u>5,939,246.04</u> and fulfill your obligations

to our creditor party.

**Notice to Principle is Notice to Agents; Notice to Agents is Notice to Principle**

# INVOICE

For Contract No: 00001

⏱ PAST DUE

**Desk of Adan Rodriguez**
**P.O. Box 602**
**Santa Rosa, TX [78593]**
**(956) 536-4149**

| | | | |
|---|---|---|---|
| **Name:** Office of the Attorney General - Child Support Department | | | **Date received:** March, 1st 2023 |
| **Address:** 974 E. Harrison | **City:** Brownsville | | **Zip:** 78520 |
| **Phone:** (956) 550-0840 | **Email:** Lperez.reyes@co.cameron.tx.us | | |

| Description of Service | Amount | |
|---|---|---|
| **Request production of "strict proof" from signed documents requested** | 5,486,601 | .42 |
| **by Office of Attorney General – Child Support Office on March 1st, 2023;** | | |
| **Includes first hand witness testimony, supporting documents, complete** | | |
| **rebuttal points, and costs of loss of financial remedy, and loss of** | | |
| **"dismissed with prejudice" decision, et al other miscellaneous costs** | | |
| **for ADAN RODRIGUEZ - Vessel.** | | |
| Signature and work performed by vessel ADAN RODRIGUEZ | | |
| **Be advised:** Any loss of "Dismissal with Prejudice" judgement along | | |
| with Remedy sought in Statement of Charges in Case 2022-DCL-05643, | | |
| will incur a late fee penalty of .001% per month of overall project cost | | |
| past 30 days, and possible other fines, interests, and penalties. | | |
| **Contract Completion Status:** "Demand"/Request completed, and served | | |
| into record for Case 2022-DCL-05643 in 444th District Court on, or before | | |
| March 31st, 2023; and documents also physically served to | | |
| Child Support Office. | | |

| **Note:** *The request or "demand" for this project was unsolicited and caused financial loss to this party; and this office has no interest in continued operation, "Doing Business As", acting as a professional office, nor providing any further public services. A .001% monthly fine will be marked for this, one time only, service and performance contract.* | **Sub-Total** | 5,486,601 | .42 |
|---|---|---|---|
| | **8.25% Sales Tax** | 452,644 | .62 |
| | **Total** | 5,939,246 | .04 |

This Invoice served to 974 E. Harrison
Brownsville, TX 78520
Forward this Invoice to appropriate Accounts Payable Office for the Office of Attorney General –
Child Support Office responsible for Cause of Action 2022-DCL-05643

**From the Desk of Adan Rodriguez**
**Executor de jure of vessel - ADAN RODRIGUEZ**
**Creditor, Sui Juris, State National**
**PO BOX 602**
**Santa Rosa, Texas, Zipcode Exempt**

To following debtor Parties thus served Invoice
CHILD SUPPORT OFFICE

# OFFICIAL NOTICE OF LATE PAYMENT

Debtor party, be advised, your payment for your demands in contract are now past due.

As per established normal collections procedures, you have 15 days to end on July 21st 2023,

after receiving this notice to pay your contract fees of $5,939,246.04 and fulfill your obligations

to our creditor party.

**Notice to Principle is Notice to Agents; Notice to Agents is Notice to Principle**

# INVOICE

For Contract No: 00001

⊙ PAST DUE

**Desk of Adan Rodriguez**
**P.O. Box 602**
**Santa Rosa, TX [78593]**
**(956) 536-4149**

| Name: Child Support Office | | Date received: March, 1st 2023 | |
|---|---|---|---|
| Address: 1810 HALE AVE STE 6 | | City: Harlingen | Zip: 78550-5247 |
| Phone: (956) 421-4351 | | Email: CSD-Legal-307@texasattorneygeneral.gov | |

| Description of Service | Amount | |
|---|---|---|
| Request production of "strict proof" from signed documents requested | 5,486,601 | .42 |
| by Office of Attorney General – Child Support Office on March 1st, 2023; | | |
| Includes first hand witness testimony, supporting documents, complete | | |
| rebuttal points, and costs of loss of financial remedy, and loss of | | |
| "dismissed with prejudice" decision, et al other miscellaneous costs | | |
| for ADAN RODRIGUEZ - Vessel. | | |
| Signature and work performed by signatory officer/purser, Adan Rodriguez | | |
| Be advised: Any loss of "Dismissal with Prejudice" judgement along | | |
| with Remedy sought in Statement of Charges in Case 2022-DCL-05643, | | |
| will incur a late fee penalty of .001% per month of overall project cost | | |
| past 30 days, and possible other fines, interests, and penalties. | | |
| Contract Completion Status: "Demand"/Request completed, and served | | |
| into record for Case 2022-DCL-05643 in 444th District Court on, or before | | |
| March 31st, 2023; and documents also physically served to Office of | | |
| Attorney General Child Support Office. | | |

| Note: *The request or "demand" for this project was unsolicited and caused financial loss to this party; and this office has no interest in continued operation, "Doing Business As", acting as a professional office, nor providing any further public services. A .001% monthly fine will be marked for this, one time only, service and performance contract.* | **Sub-Total** | 5,486,601 | .42 |
|---|---|---|---|
| | **8.25% Sales Tax** | 452,644 | .62 |
| | **Total** | 5,939,246 | .04 |

This Invoice served to 1810 Hale Ave STE 6
Harlingen, TX 78550-5247
Forward this Invoice to appropriate Accounts Payable Office for the
Child Support Office responsible for Cause of Action 2022-DCL-05643



183 E. Price Road
Brownsville, Texas 78521
Phone: (956) 546-3108

1613 W. Filmore
Harlingen, Texas 78550
Phone: (956)425-5668

**June 22, 2023**

To Whom It May Concern,

**Adan Rodriguez** has a **Free Checking-70 account** with Valley Federal Credit Union. The following information can be used to set up Direct Deposit or an EFT withdrawal.

Account Number: **14828000**
Routing Number: **314978132**

Please feel free to contact our office with any further questions at (956) 425-5668.

Sincerely,

**Amber Araiza
Harlingen – Teller**
Valley Federal Credit Union
Office: (956) 425-5668
E-mail: amber.araiza@vfcu.net

 **Gmail**

Arthirias <american.universalis@gmail.com>

## Your "Right to Cure" Notice
1 message

**Arthirias** <american.universalis@gmail.com>                                     Sat, Jul 22, 2023 at 12:07 AM
To: lperez.reyes@co.cameron.tx.us, CSD-legal-307@oag.texas.gov, john.scott@oag.texas.gov

To Debtors parties,

***You are now in default*** on your payments for contract work that you solicited from ADAN RODRIGUEZ- a vessel; and Adan Rodriguez-signatory officer for the vessel ADAN RODRIGUEZ on March 1st, 2023 in which you demanded "Strict proof" production of evidence from my office, of which I accepted and performed the work you specifically requested of my office *at cost*. Your last day to pay on time was July 6th, 2023, as you were previously informed thirty days earlier via mailed sworn affidavit in which you elected to acquiesce to on June 6th, 2023; *at cost* to my office to collect due payment.

You also elected to ignore your 15 day late notice, a courtesy given to your entities that was provided to you *at cost* by my office by which my office mailed and emailed to notify you on July 7th 2023. You now have only 10 days to exercise your Right to Cure, as per standard banking procedures, to end on July 31st, 2023. *If you also elect to waive your right to cure, late fees of .001% of the sum total of attached invoices will begin to accrue after 31 days, and will mature in the beginning in the month of September of 2023, and you agree to be subject to additional fines interests and penalties.* Please see attached files for more information to assist you in avoiding a contract breach commercial crime against my office.

Ms. Laura Perez-Reyes, due to sworn testimony provided by Gilberto Rosa and signed and filed on May 15th 2023, in the event of a future lawsuit, or in the event that cause of action 2022-DCL-05643 is reopened in the future; I will need to cross-examine Mr. Gilberto Rosa regarding his testimony. Therefore the fraudulent cause of action 2022-DCL-05643 will also require a new judge to preside over the case in order to call Mr. Gilberto Rosa to the witness stand.

Further, other witnesses' names and contact information will be required to be collected by all individuals who were present on March 3rd, 2023 and May 11th, 2023 during the hearings of cause of action 2022-DCL-05643. As Mr. Joshua Shamberger was present during those hearings, he will also need to be removed as a Petitioner and he will need to be made available to be called up as a witness, as will any 444th District Court staff that were present on March 3rd and May 11th. Begin collecting their names and contact information, as their presence in the hearings and their contact information can be collected conveniently now, instead of later in the future in which problems of the passage of time may arise. Please forward me that information.

Mr. John Scott, and Ms. Laura Perez-Reyes, as per the 444th Cameron County District Court violation against me of Title 5 U.S.C. section 552a (a)(b) "Conditions of Disclosure", I am now asking for your offices to provide me with any case number in which my testimony on March 3rd 2023 was used in another courtroom(s) without my knowledge, without my permission, and for the reasons and nature not known to me and my defense. I am formally requesting the case number, cause of action number, the individuals persons present in the courtroom, full courtroom audio, and full written transcription to be provided to me from both of your offices.

I have found Mary Perez and Mr. Gilberto Rosa are both in violation of United States Code Title 5 section 552a(d)(1) "Access to Records" and are intentionally denying me the information I requested of their offices on multiple counts. By law, the Cameron County 444th District Court and Attorney General's office **must** provide me the information I have repeatedly requested, if not, this will also be your office's formal breach and violation of the aforementioned Title 5 U.S.C. 552a(d)(1) "Access to Records" and your offices' will show complicity in "Conditions of Disclosure" against me. I also require the information of whom, and what organizations authorized using my testimony without my permission. I have asked multiple times of members of the 444th District Court staff to provide me with the information so I may request their audio and text proceedings for my defense. Further, in the event that my testimony of May 11th, was also heard in another courtroom, I also am formally requesting your offices provide me that information as well.

Finally, to the Child Support Offices, on July 17th, 2023 at 10:40am, I received a call from an agent of the Child Support Office via phone number 1-800-252-8014. Their name and contact information will also be required to be available to be cross examined.

**5 attachments**



**CSO - Past Due Invoice, Request for Payment.jpg**
585K



**OAG - Past Due Invoice, Request for Payment.jpg**
583K




**Direct Deposit Payment Option.jpg**
304K

 **OAG - RIGHT TO CURE NOTICE.pdf**
100K

**CSO - RIGHT TO CURE NOTICE.pdf**
99K



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Harlingen TX 78550  OFFICIAL USE

| Certified Mail Fee | $4.35 |
| | LA FERIA 79 |
| | TX |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $3.55
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00      Postmark
☐ Adult Signature Required          $ $0.00        Here
☐ Adult Signature Restricted Delivery $         JUL 21 2023

| Postage | $9.65 |
| | 07/22/2023 |

Total Postage and Fees  $17.55

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Brownsville TX 78520  OFFICIAL USE

| Certified Mail Fee | $4.35 |
| | LA FERIA 79 |
| | 04 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $3.55
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required          $ $0.00        Postmark
☐ Adult Signature Restricted Delivery $ $0.00        Here

| Postage | $9.65 | 21 2023 |

Total Postage and Fees  $17.55                 07/22/2023

Sent To                                         998

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin TX 78701  OFFICIAL USE  LA FERIA 79

| Certified Mail Fee | $4.35 |
| | 04 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $3.55
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required          $ $0.00        Postmark
☐ Adult Signature Restricted Delivery $ $0.00        Here

| Postage | $9.65 | 21 2023 |

Total Postage and Fees  $17.55        USPS 78559-9998   07/22/2023

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP



**UNITED STATES POSTAL SERVICE.**

```
            LA FERIA
         201 W FIRST ST
      LA FERIA, TX 78559-9998
         (800)275-8777              09:07 AM
07/22/2023
---------------------------------------------
                        Qty    Unit      Price
                               Price
Product
---------------------------------------------
                         1               $9.65
Priority Mail®
Sm Flat Rate Env
    Brownsville, TX 78520
    Flat Rate
    Expected Delivery Date
        Mon 07/24/2023            $0.00
    Insurance
        Up to $100.00 included    $4.35
    Certified Mail®
        Tracking #:
        9589 0710 5270 0080 9324 96    $3.55
    Return Receipt
        Tracking #:
        9590 9402 5151 9122 8035 33   $17.55
  Total                           $9.65

Priority Mail®           1        $9.65
Sm Flat Rate Env
    Harlingen, TX 78550
    Flat Rate
    Expected Delivery Date
        Mon 07/24/2023            $0.00
    Insurance
        Up to $100.00 included    $4.35
    Certified Mail®
        Tracking #:
        70200090000006900843          $3.55
    Return Receipt
        Tracking #:
        9590 9402 7536 2098 4498 50   $17.55
  Total                           $9.65

Priority Mail®           1        $9.65
Sm Flat Rate Env
    Austin, TX 78701
    Flat Rate
    Expected Delivery Date
        Mon 07/24/2023            $0.00
    Insurance
        Up to $100.00 included    $4.35
    Certified Mail®
        Tracking #:
        70200090000006900850          $3.55
    Return Receipt
        Tracking #:
        9590 9402 7536 2098 4498 43   $17.55
```

**From the Desk of Adan Rodriguez**
**Executor de Jure of vessel - ADAN RODRIGUEZ**
**Creditor, Sui Juris, State National**
**PO BOX 602**
**Santa Rosa, Texas, Zipcode Exempt**

To following debtor Parties thus served Invoice
OFFICE OF THE ATTORNEY GENERAL

# RIGHT TO CURE NOTICE

Debtor party, you are now in default. Your party is overdue in its payment for the demands of work you requested from my office. As per established normal banking collections procedures, you now only have 10 days to end on July 31st 2023, after receiving this notice to exercise your Right to Cure and pay your contract fees of $5,939,246.04 now due *in full* and fulfill your obligations to the creditor party. If you waive your right to cure, your party formally acquiesce, and by default your entities agree to any additional fines, as well as agree to monthly interest to be applied and accrued, and agree to penalties such as partial or all your debt be payable in lawful money as per Title 12 U.S.C. § 411 in face value gold and silver US treasury issued coin for your delinquency and criminal breach of contract.

Be advised, *there is no privy of contract* with the chief presiding officer of Cause of Action 2022-DCL-05643 regarding the subject matter of this contract and they are not a party. Further, debtors are responsible for any and all IRS and tax obligations resulting from the earned income resulting from discharging of any debts.

Immunity is invalid, as validity would violate U.S. Constitution Article 2 § IV, 18 U.S.C. § 241 & 242; 42 U.S.C. § 1983, 1985, and 1986, and state Constitutions. The listed laws authorize and/or mandate removal of public officials from public office. Violations of law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENTS;**
**NOTICE TO AGENTS IS NOTICE TO PRINCIPLE**

From the Desk of Adan Rodriguez
**Executor de Jure of vessel - ADAN RODRIGUEZ**
**Creditor, Sui Juris, State National**
**PO BOX 602**
**Santa Rosa, Texas, Zipcode Exempt**

To following debtor Parties thus served Invoice
CHILD SUPPORT OFFICE

# RIGHT TO CURE NOTICE

Debtor party, you are now in default. Your party is overdue in its payment for the demands of work you requested from my office. As per established normal banking collections procedures, you now only have 10 days to end on July 31st 2023, after receiving this notice to exercise your Right to Cure and pay your contract fees of $5,939,246.04 now due *in full* and fulfill your obligations to the creditor party. If you waive your right to cure, your party formally acquiesce, and by default your entities agree to any additional fines, as well as agree to monthly interest to be applied and accrued, and agree to penalties such as partial or all your debt be payable in lawful money as per Title 12 U.S.C. § 411 in face value gold and silver US treasury issued coin for your delinquency and criminal breach of contract.

Be advised, *there is no privy of contract* with the chief presiding officer of Cause of Action 2022-DCL-05643 regarding the subject matter of this contract and they are not a party. Further, debtors are responsible for any and all IRS and tax obligations resulting from the earned income resulting from discharging of any debts.

Immunity is invalid, as validity would violate U.S. Constitution Article 2 § IV, 18 U.S.C. § 241 & 242; 42 U.S.C. § 1983, 1985, and 1986, and state Constitutions. The listed laws authorize and/or mandate removal of public officials from public office. Violations of law are legally unassailable due to precedents (violations of law) established by court cases. Such situations violate numerous specifically stated intents and purposes of the Constitution.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENTS;**
**NOTICE TO AGENTS IS NOTICE TO PRINCIPLE**

U.S.PS Report
= Delivery on
O July 28, 2023
10:10 am

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Scott
Office of the Attorney
General
300 W. 15th St.
Austin, TX 78701

9590 9402 7536 2098 4498 43

2. Article Number (Transfer from service label)

7020 0090 0000 0690 0850

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED IN
MAILCENTER
AUG 03 2023
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Perez Reyes,
District Clerk
974 E. Harrison
Brownsville, TX 78520

9590 9402 5151 9122 8035 33

2. Article Number (Transfer from service label)

9589 0710 5270 0080 9324 48

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
7-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Child Support Office
1810 Hale Ave Ste 6
Harlingen, TX 78550-5247

9590 9402 7536 2098 4498 50

2. Article Number (Transfer from service label)

7020 0090 0000 0690 0843

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
7-25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

All my GOD given unalienable rights guaranteed and reserved Without Prejudice, Without Recourse.

Autographed by _Adan Rodriguez_ ; a man, a Living Soul on the

_6th_ day of _August_ , year of our Lord 20 _23_ , in the _41_ years since Born alive.

Hereby declare by my Honor and under my Authority as one of "We the people" and under the laws of the United States of America in that an affidavit unrebutted in 21 days becomes judgement.

As Notary Public and as Jurat Certificate of Acceptance by court officer, I witnessed the personal appearance of Adan Rodriguez before me with proper ID recorded and testified before me this

_6th_ day of _August_, 20 _23_ , in _Willacy_ County, State of Texas.

_____ ; signature and seal

TISHA JONES
Notary ID #133988069
My Commission Expires
September 27, 2026