# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 10 2023

NATHAN OCHSNER
CLERK OF COURT

| | | |
|---|---|---|
| ADAN RODRIGUEZ- VESSEL;<br>Adan Rodriguez – Signatory Officer<br>for aforementioned vessel<br>Plaintiff | §<br>§<br>§<br>§<br>§ | |
| versus | § | CIVIL ACTION NO. 1:23-CV-117 |
| | §<br>§ | |
| JOSHUA SHAMBURGER—<br>Agent of the Office of Attorney General<br>of Texas and Representing<br>Child Support Office of Texas;<br>Joshua Shamburger - Defendant | §<br>§<br>§<br>§<br>§ | |

## MOTION FOR DEFAULT JUDGEMENT

A motion for Default Judgement under Federal Rules of Civil Procedure Rule 55. Default Judgement (a)(b)(1) "By the Clerk" to be entered against the Defendant party.

### I. Background

In the initial filing for the civil action, the Plaintiff party was directed by Federal Rules of Civil Procedure Rule 55. Default Judgement (a)(b)(1) "By the Clerk" the following terms and guidelines— "*and that fact is made to appear by affidavit*". This was the service that was to be provided or requested by US Federal Courts as per United States Code in which the Plaintiff did honor and follow and was even described and declared on the initial affidavit cover sheet the specific code and subsections for clarity. The Plaintiff party has had to respond abruptly to changes created by the United States District Court Southern District of Texas — Brownsville Division in contrast to the outlined United States Code and provide even more undescribed due process(s).

1

## II. 21 Days' Notice to Parties Given

Plaintiff has also been informed that guidelines are that "*Each party opposing a motion has twenty-one days from the date of filing of a motion to respond*". On September 18th 2023, the Defendant was confirmed to receive the Plaintiff's created in haste "Void Order" which was also provided to the Court which stated clearly that Default Judgement was ordered as per Federal Rules of Civil Procedure Rule 55. Default Judgement (a)(b)(1) "By the Clerk" against the Defendant party. Tracking number to confirm this fact is (9589071052700554787270) used to confirm on USPS website.

As defendant is defined clearly as a "State" or member thereof, as per 28 USC § 3002 (14); the defendant is therefore not defined or referred to as the "United States" the Federal Corporation as per 28 USC § 3002 (15), is a local legal office with both State funded staff and adequate supplies, and does not qualify for a sixty day (60) response period upon being served for the United States or a Federal Official.

## III. Default Judgment

As Defendant has failed to respond after twenty-one (21) days after receiving notice of response by Plaintiff on September 18th, 2023, which enough time has thus passed on October 8th 2023. The Plaintiff asks that the Court to enter either:

(A) the Defendant's party into Default Judgement as per Federal Rules of Civil Procedure Rule 55. Default Judgement (a)(b)(1) *By the Clerk* as was initially requested on August 11th; and/or

(B) Court orders to provide remedy via administrative actions to return property described in Motion to Return Property filed in the month of September 2023.

Executor De Jure, Attorney in Fact, Sole Signatory Officer, and Sole Beneficiary
for the estate of vessel— "ADAN RODRIGUEZ"

*[signature: Adan Rodriguez]*

Adan Rodriguez— a state National as per
Title 8 United States Code § 1101 (a)21 & 22(b);